**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO/SE PLEASE TYPE OR PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. **16-54832**

ULRICA ANN BAILEY
_NAME OF DEBTOR_

4394 ESTATE DRVIE
_ADDRESS_

TELEPHONE NO. 4045508861

COLLEGE PARK GA 30349
_CITY, STATE, ZIP_

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:    YES ☐    NO ☒**

If someone did assist you, list their name and address:

_NAME_

_ADDRESS_

_CITY, STATE, ZIP CODE_                    _TELEPHONE NUMBER_

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:    YES ☐    NO ☐    IF "YES", HOW MUCH ($_____)**

Have you filed a bankruptcy case in the past?
**ANSWER:    YES ☒    NO ☐**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
16BK50060

_PRO SE PETITIONER_

Subscribed and sworn to before me on the 16th day of March, 2016

_NOTARY PUBLIC_                    _DEPUTY CLERK_

F61 (psafdt)04/04