# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia
## Atlanta Division

In Re:    **Ulrica Ann Bailey**

Case No.: **16–54832–mgd**

Chapter: **13**

Debtor

# Order Regarding The List Of Creditors For A Case Filed In Paper Format

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the filing of a voluntary petition shall include a "list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms". Local Rule 5005–1(j) lists the specific requirements for filing this list of creditors with this Court.

– The voluntary petition filed by the debtor on 3/16/16 is not accompanied by the required list. The Notice of Commencement of Case under Bankruptcy Code which provides creditors with notice of case filing as well as other important information, including deadlines, cannot be served until the list of creditors has been filed. Failure to provide notice to creditors is grounds for dismissal.

Therefore, it is **ORDERED** that the list of creditors must be filed or corrected no later than 3/24/16. Failure to file this list may result in dismissal of the case, and as a result of such dismissal, the stay of 11 U.S.C Section 362(a) will no longer be in effect.

Dated: March 17, 2016

*Mary Grace Diehl*

Mary Grace Diehl
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 Russell Federal Building**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Form 313a