**United States Bankruptcy Court**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| IN RE: | ) CASE NO. 16-54832-MGD |
| | ) |
| ULRICA ANN BAILEY, | ) CHAPTER 13 |
| | |
| Debtor. | |

**NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF**
**EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)**

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) is applicable because:

1. ☒ Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

   ☒ Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

   ☒ Debtor has not made the appropriate deposit with the Court.

2. ☐ Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or petition are enclosed to confirm the absence of any required certification.

This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any, and the trustee.

Dated: March 22, 2016

United States Bankruptcy Court
75 Spring Street South West,
Room 1340
Atlanta, Georgia 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

List of Parties Notified:

    Ulrica Ann Bailey
    4394 Estate Street
    College Park, GA 30349

    Nazar Property Man
    444 Highland Ave NE
    Suite G100
    Atlanta, GA 30312

Number of labels for parties shown above: 2

Pursuant to Fed. R. Bank. P. 9022 and 7005, I certify that on the date stated below, I served a copy of the foregoing document(s) on each of the persons and entities named in the foregoing list by United States Mail at the respective addresses shown.

Date: 3/22/16          M. Regina Thomas, Clerk of Court

                                            By: _____
                                              Aaron Bogatay     (BOGATAYA)