CASE #: 16-54832

# Creditor



FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2016 MAR 22 PM 2:59

M. REGINA THOMAS
CLERK

BY

1. HAMPTON CITY DISTRICT
   LANGLEY FEDERAL CREDIT UNION
   236 N KING STREET
   HAMPTON, VA 23669

2. NEWPORT NEWS CITY DISTRICT
   2500 WASHINGTON AVE
   NEWPORT NEWS, GA 23605

3. ARMED FORCES BANK
   PO BOX 3400
   FORT LEAVENWORTH, KS 66027

4. COLLECTION SVC OF THE
   110 NEWTON BRIDGE RD BLVD
   ATHENS, GA 30607

5. ESM ENTERPRISES
   PO BOX 1128
   PENSACOLA, FL 32524

6. META BANK
   5501 S BROADBAND LN
   SIOUX FALLS, SD 57108

7. RGS FINANCIAL
   1700 JAY ELL DR STE 200
   RICHARDSON, TX 75081

8. STERN & ASSOCIATES
   415 N EDGEWORTH STREET STE 2
   GREENSBORO, NC 27401

9. VALLEY CREDIT SERVICE
   12907 OAK HILL AVE
   HAGERSTOWN, MD 21742

10. UNIQUE NATIONAL COLLECTION
    119 E MAPLE STREET
    JEFFERSONVILLE, IN 47130

11. AARON'S FURN
    6707 LONDONDERRY WAY
    UNION CITY, GA 30291

**CASE #: 16-54832**

12. HENRY COUNTY DISTRICT COURT
    30 ATLANTA STREET
    MCDONOUGH, GA 30253

13. FAYETTE MAGISTRATE COURT
    145 JOHNSON AVE
    FAYETTEVILLE, GA 30254

14. REC MNGT GROUP
    7206 HULL ST RD STE 211
    RICHMOND, GA 23235

15. NORTH AMERICAN COLLECTION
    1393 CAMBRIDGE DRIVE
    P O BOX 1425
    IDAHO FALLS, ID 83401

16. CBA MACON COLLECTION
    420 COLLEGE STREET
    MACON, GA 31201

17. PARS CAR
    6823 MT. ZOIN RD
    MORROW, GA 30260