*16-54832*

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2016 MAR 30 PM 2: 21

BY: [signature]

Certificate Number: 13861-GAN-CC-027187446

13861-GAN-CC-027187446

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 16, 2016</u>, at <u>12:56</u> o'clock <u>PM PDT</u>, <u>Ulrica A Bailey</u> received from <u>Evergreen Financial Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>March 28, 2016</u>        By:    <u>/s/Rebecca K Snyder</u>

                                Name:  <u>Rebecca K Snyder</u>

                                Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).