| Payments | Hrs/Units | Current Amount | Year to Date | Deductions | Current Amount | Year to Date |
|---|---|---|---|---|---|---|
| Expense Reim | .000 | .00 | 38.25 | Advances | .00 | 800.00 |
| 1099 | .000 | 500.00 | 3500.00 | | | |

4394 Estate St
College Park, GA 30349

| | |
|---|---|
| Federal Marital Status: | S |
| Federal Exemptions: | 99 |
| GA State Marital Status: | S |
| GA State Exemptions: | 99 |

2016 MAR 30 PM 2:21

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

| Pay Rate | Current Payments | Current Deductions | Net Pay | YTD Payments | YTD Deductions | YTD Net P |
|---|---|---|---|---|---|---|
| | 500.00 | .00 | 500.00 | 3538.25 | 800.00 | 2738.2 |

16-54832

| Payments | Hrs. Units | Current Amount | Year to Date | Deductions | Current Amount | Year to Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 500.00 | 500.00 | Soc Security | 31.00 | 31.00 |
| 1099 | .000 | 500.00 | 3000.00 | Medicare | 7.25 | 7.25 |
|  |  |  |  | Advances | .00 | 800.00 |

4394 Estate St
College Park, GA 30349

Federal Marital Status:      S
Federal Exemptions:          99
GA State Marital Status:     S
GA State Exemptions:         99

| Pay Rate | Current Payments | Current Deductions | Net Pay | Y.T.D. Payments | Y.T.D. Deductions | Y.T.D. Net Pay |
|---|---|---|---|---|---|---|
| 1000.00 | 38.25 | 961.75 | 3500.00 | 838.25 | 2661.7 |

2016 MAR 30 PM 2:21

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

16- 54832

| Payments | Hrs/Units | Current Amount | Year to Date | Deductions | Current Amount | Year to Date |
|---|---|---|---|---|---|---|
| Expense Reim | .000 | .00 | 38.25 | Advances | .00 | 800.00 |
| 1099 | .000 | 500.00 | 4000.00 | | | |

4394 Estate St
College Park, GA 30349

Federal Marital Status:    S
Federal Exemptions:        99
GA State Marital Status:   S
GA State Exemptions:       99

| Pay Rate | Current Payments | Current Deductions | Net Pay | Y.T.D Payments | Y.T.D Deductions | Y.T.D Net Pay |
|---|---|---|---|---|---|---|
| | 500.00 | .00 | 500.00 | 4038.25 | 800.00 | 3238.2 |

2016 MAR 30 PM 2:22

16-54832